TILTON, Respondent, v. GABRIELSON, et al, Appellants.

(250 N. W. 60.)

(File No. 7583. Opinion filed September 6, 1933.)

*J. W. Kaye,* of Beresford, for Plaintiff.

*F. J. Cooper,* of Canton, for Defendant.

PER CURIAM. In the above-entitled case, certified copy of notice of appeal and notice of settlement of record were filed in this court on June 1, 1933. No further steps have been taken in the matter in this court, and no brief has been filed in behalf of appellant.

The appeal is therefore deemed abandoned, and the judgment appealed from is affirmed.

All the Judges concur.

ROBERTS, J., absent and not sitting.